

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CLARITA SANCHEZ | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:16-cv-176 |
| | § | |
| ALLIED PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY AND | § | |
| JOHN WILLIAMS | § | |
| | § | |
| *Defendants.* | § | |

### FINAL JUDGMENT

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Clarita Sanchez and Defendants Allied Property and Casualty Insurance Company and John Williams. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this ____ day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE